IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DWIGHT DELTON DAVIS,**<br><br>Plaintiff,<br><br>v.<br><br>**M. DURANT, et al.,**<br><br>Defendants. | Case No. 2:21-cv-1043 AC P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO OPT OUT OF EARLY ADR OR SCHEDULE A SETTLEMENT CONFERENCE** |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Request for an Extension of Time in which to opt out of early ADR or contact the Court to schedule a settlement conference, ECF No. 21, is GRANTED. The last day to opt out or contact the Court to schedule a settlement conference in this case is December 24, 2021.

DATED: October 27, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE