UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT DELTON DAVIS,

    Plaintiff,

v.

M. DURANT, et al.,

    Defendants.

No. 2:21-cv-1043 JAM AC P

ORDER

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Currently before the court are plaintiff's motion to continue settlement negotiations, ECF No. 31, and defendants' request for an extension of time, ECF No. 32.

In response to defendants' request to opt out of the Post-Screening ADR Project, plaintiff has filed a motion to continue settlement negotiations in which it appears that he is requesting the court proceed with scheduling a settlement conference. Defendants' motion to opt out has already been granted, and in light of the recent nature of defendants' representation that they believe a settlement conference would be a waste of resources, the court will not order the parties to participate in a settlement conference at this time. However, plaintiff is free to communicate with defendants' counsel regarding the possibility of settlement. Plaintiff is advised that any such communications should be sent directly to counsel and should not be filed with the court.

////

With respect to defendants' motion, they seek an extension of time *nunc pro tunc* to file their answer to the complaint. ECF No. 32. Federal Rule of Civil Procedure 6 provides that "the court may, for good cause, extend the time: . . . on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. (b)(1)(B). Defendants have made the required showing.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to continue settlement negotiations, ECF No. 31, is DENIED.
2. Defendants' motion for an extension of time, ECF No. 32, is GRANTED and defendants' answer is deemed timely.

DATED: January 18, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE