UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT DELTON DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>M. DURANT, et al.,<br><br>    Defendants. | No. 2:21-cv-1043 JAM AC P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a second motion for a settlement conference. ECF No. 36.

    As the court explained in denying plaintiff's previous motion, defendants' motion to opt out of the Post-Screening ADR Project has been granted, and the court will not order the parties to participate in a settlement conference at this time. Plaintiff is reminded that he is free to communicate with defendants' counsel regarding the possibility of settlement and that any such communications should be sent directly to counsel and should not be filed with the court.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a settlement conference (ECF No. 36) is DENIED.

DATED: June 27, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE