UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT DELTON DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. DURANT, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-1043 TLN AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed motions to compel and for a settlement conference. ECF Nos. 38, 39.

　　　　Plaintiff has filed a motion to compel a copy of his deposition. ECF No. 38. There is no requirement that defendants, or anyone else, provide plaintiff with a copy of the deposition free of charge, although the deposition reporter is required to provide plaintiff with a copy of the transcript if he pays the applicable charges. Fed. R. Civ. P. 30(f)(3). The motion to compel will therefore be denied.

　　　　Plaintiff has also filed a motion for a settlement conference. ECF No. 39. Before deciding whether to send this case for a settlement conference, the court will request defendants' position on whether a settlement conference would be beneficial at this time.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion to compel (ECF No. 38) is DENIED.

1

2. Within fourteen days of the service of this order, defendants shall notify the court whether they believe a settlement conference would be beneficial at this time.

DATED: August 23, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE