UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT DELTON DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>M. DURANT, et al.,<br><br>    Defendant. | No. 2:21-cv-1043 DAD AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for a settlement conference. ECF No. 39. Defendants were ordered to notify the court whether they believed a settlement conference would be beneficial at this time. ECF No. 44. Defendants have responded that they believe a settlement conference would be beneficial (ECF No. 46), and this case will be scheduled for a settlement conference. Under Local Rule 270(b), because the undersigned is not the trial judge, the undersigned may conduct the settlement conference, "except that, at the time the settlement conference is scheduled or as otherwise ordered by the Court, any party may request that the conference not be conducted by the assigned Magistrate Judge." The parties will therefore be given an opportunity to request a settlement conference judge other than the undersigned before a settlement conference is scheduled.

////

1

Defendants' request that this case be set for a settlement conference also states that because they believe a settlement conference would be beneficial, they "are planning to withhold filing a dispositive motion at this time." ECF No. 46 at 2. The deadline for dispositive motions is currently September 19, 2022. ECF No. 43. The court will construe defendants' statement as a request to modify the dispositive motions deadline.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' requests for a settlement conference (ECF Nos. 39, 46) are GRANTED.

2. Within fourteen days of the service of this order, any party may request that the settlement conference be conducted by a magistrate judge other than the undersigned. If no party requests a different magistrate judge, a settlement conference will be scheduled before the undersigned.

3. Defendants' request to modify the dispositive motions deadline (ECF No. 46) is GRANTED.

4. In the event the settlement conference fails to resolve all matters, the parties may file dispositive motions within thirty days of the settlement conference.

DATED:  September 7, 2022.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants are advised that in the future, they must make a formal request if they seek to modify a deadline.